**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 95-8575**

TIMOTHY S. LAING,

Plaintiff - Appellant,

versus

LYNN ARMENTROUT, Sheriff; RONALD BRINKLEY,
Lieutenant; R. JENKINS; T. CAMPBELL,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Samuel G. Wilson, District Judge.
(CA-95-527-R)

Submitted:  May 16, 1996

Decided:  June 3, 1996

Before RUSSELL, LUTTIG, and WILLIAMS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Timothy S. Laing, Appellant Pro Se.  Mark Dudley Obenshain, WHARTON, ALDHIZER & WEAVER, Harrisonburg, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Laing v. Armentrout</u>, No. CA-95-527-R (W.D. Va. Dec. 12, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>